**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| RIK SULLIVAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MRS BPO, LLC,<br><br>　　　Defendant. | Case No. 2:21-cv-01871-MCE-DMC<br><br>**ORDER ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff's Motion to Amend the Complaint (ECF No. 7) is GRANTED. Not later than ten (10) days following the date this Order is electronically filed, Plaintiff is directed to file the Amended Complaint with the Court. The Order to Show Cause issued at ECF No. 6 is hereby DISCHARGED.

IT IS SO ORDERED.

DATED: December 28, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE