UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RIK SULLIVAN,

        Plaintiff,

  v.

MRS BPO, LLC,

        Defendants.

Case No. 2:21-cv-01871-MCE-DMC

**ORDER**

    Plaintiff, RIK SULLIVAN ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

    IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice. Each party to bear its own costs and attorney fees. The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

DATED: June 27, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1